COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Maria May v. Hydrochem Industrial Services

Appellate case number:    01-11-00588-CV

Trial court case number:  08CV1074

Trial court:              405th District Court of Galveston County

Appellant, Maria May, filed a challenge to the trial court's order, signed July 29, 2011, sustaining a contest to appellant's affidavit of indigence.

A clerk's record on indigence has been filed. *See* TEX. R. APP. P. 34.5(c)(1); *In re Arroyo*, 988 S.W.2d 737, 738–39 (Tex. 1998). The Clerk of this Court is directed to send to appellant, at no cost, a copy of the clerk's record on indigence filed in this Court on September 21, 2011.

The court reporter is **ordered** to file in this Court and to transmit to appellant, within 30 days of the date of this order and at no cost to appellant, a reporter's record of the hearing on the contest to the affidavit of indigence or certify that no record was taken. *See* TEX. R. APP. P. 34.6(d); *In re Arroyo*, 988 S.W.2d at 739.

Appellant's motion to file a brief addressing the trial court's order sustaining the contest is **granted**. Appellant's brief, which should solely address the order on the contest to the affidavit of indigence, **must be filed within 30 days after the reporter's record of the indigence hearing is filed in this Court**. Appellee's brief, if any, is due no later than 30 days after appellant's brief is filed.

Judge's signature: /s/ Laura C. Higley
                    ☑ Acting individually     ☐ Acting for the Court

Date: September 21, 2012

**Note to parties:** Briefing on the merits of the appeal should not be submitted at this time. Payment of filing fees by appellant and the filing of the remainder of the clerk's and reporter's records is deferred until the Court determines appellant's challenge to the trial court's order on the contest to the affidavit of indigence. *See In re Arroyo*, 988 S.W.2d 737, 739 (Tex. 1998).